IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 4 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00484-PAB

RAHLEF R MOHAMMAD

      Plaintiff,
v.

TCSEC, INC.,
d/b/a Twin City Security, Inc., a Colorado Corporation,

      Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

DATED March 14, 2011.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00484-PAB-BNB

Nelson George Alston
Alston Law Firm, LLC
Attorney's at Law
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Scott T. Brandt

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to United States Marshal for service of process on TCSEC, INC d/b/a Twin City Security, Inc.: COMPLAINT FILED 02/28/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on March 14, 2011.

                            GREGORY C. LANGHAM, CLERK

                            By: _____
                                  Deputy Clerk