IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00484-RBJ-BNB

RAHLEF R. MOHAMMAD, an individual,

Plaintiff,

v.

TCSEC, INC., a Colorado corporation d/b/a Twin City Security, Inc.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Vacate Pretrial Conference** [docket no. 30, filed April 12, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Pretrial Conference set for **April 16, 2012**, is **VACATED**.

IT IS FURTHER ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **May 7, 2012**, or a status report addressing why dismissal has not been accomplished.

DATED: April 12, 2012